# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# OCALA DIVISION

**REGINA ALBERO and JANICE MYERS,**

    **Plaintiffs,**

v.                                             Case No: 5:23-cv-647-PRL

**EASTPOINT RECOVERY GROUP, INC.,**

    **Defendant.**

_____

### ORDER OF DISMISSAL

The Court has been advised by the parties that the above-styled action has been completely settled. Accordingly, pursuant to Local Rule 3.09(b) of the Middle District of Florida, it is

**ORDERED** and **ADJUDGED** that this cause is hereby **DISMISSED** without prejudice subject to the right of any party to re-open the action within 100 days, upon good cause shown, or to submit a stipulated form of final order or judgment. All pending motions are **DENIED** as moot. The clerk is directed to close the case.

**DONE** and **ORDERED** in Ocala, Florida on May 7, 2024.

PHILIP R. LAMMENS
United States Magistrate Judge

Copies furnished to:

Counsel of Record

Unrepresented Parties