UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

REGINA ALBERO and JANICE
MYERS,

    Plaintiffs,

v.                                            Case No: 5:23-cv-647-PRL

EASTPOINT RECOVERY GROUP,
INC.,

    Defendant.
_____

## ORDER

This case is before the Court on the parties' Stipulation of Dismissal with Prejudice. (Doc. 25). Pursuant to the stipulation, which counsel for both parties have signed, and in accordance with Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, this action is **DISMISSED** with prejudice, and each party shall bear its own attorney's fees and costs. The Clerk is directed to terminate any pending motions and close the file.

**DONE** and **ORDERED** in Ocala, Florida on August 20, 2024.

*/s/ Philip R. Lammens*
PHILIP R. LAMMENS
United States Magistrate Judge

Copies furnished to:

Counsel of Record
Unrepresented Parties